**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1207**

———————

KWAKU O. KUSHINDANA,

Plaintiff - Appellant,

versus

NEIGHBORHOOD STABILIZATION FUND, INCORPORATED,

Defendant - Appellee.

———————

**No. 07-1419**

———————

KWAKU O. KUSHINDANA,

Plaintiff - Appellant,

versus

NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA
(NON-PROFIT),

Defendant - Appellee,

and

CITIMORTGAGE, INCORPORATED, (Missouri),

Defendant.

Appeals from the United States District Court for the District of Maryland, at Baltimore.  Richard D. Bennett, J. Frederick Motz, District Judges.  (1:06-cv-01328-RDB; 1:06-cv-03057-JFM)

Submitted:  July 23, 2007          Decided:  August 17, 2007

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kwaku O. Kushindana, Appellant Pro Se. Douglas E. Fierberg, BODE & GRENIER, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Kwaku O. Kushindana appeals the district court's orders dismissing his complaints against the Neighborhood Stabilization Fund and the Neighborhood Assistance Corporation of America without prejudice based on the existence of arbitration agreements between the parties. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. Kushindana v. Neighborhood Stabilization Fund, Inc., No. 1:06-cv-01328-RDB (D. Md. Feb. 28, 2007); Kushindana v. Neighborhood Assistance Corp. of America, No. 1:06-cv-03057-FJM (D. Md. Apr. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED